■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. DAVID AVERY LIPTON, Admitted April 25, 1990, at

a Term of the Appellate Division, Second Department. [782 NYS2d 193]—Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Williams, JJ. [*See* 247 AD2d 158 (1998).]